IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § § § § § § | CRIMINAL ACTION NO. H-07-141 |
| KAREY BERNARD STATIN | | |

**ORDER**

Defendant filed a *pro se* motion requesting the appointment of counsel, (Docket Entry No. 20 ). The motion is granted. Ronald Green is appointed to represent the defendant as counsel of record, replacing Brent Newton. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | **July 20, 2007** |
| Responses are to be filed by: | **August 3, 2007** |
| Pretrial conference is reset to: | **August 13, 2007, at 8:45 a.m.** |
| Jury selection and trial are reset to: | **August 20, 2007, at 9:00 a.m.** |

SIGNED on May 17, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge