# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. H-07-141 |
| V. | § | |
| | § | |
| | § | |
| KAREY BERNARD STATIN, | § | |
| | § | |
| Defendant | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on January 11, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge