PROB 12B
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:          Karey Bernard Statin              Case Number:  4:07CR000141-001

Name of Sentencing Judge:  The Honorable Lee H. Rosenthal

Date of Original Sentence:  November 4, 2008

Original Offense:          Aiding and assisting in the preparation and presentation of a false tax return
                           (15 counts); in violation of 26 § U.S.C. 7206(2)

Original Sentence:         Fifty-one (51) months imprisonment; one (1) year supervised release;
                           $1,500 special assessment; $7,500 fine. Special Conditions: urine
                           surveillance; financial disclosure/credit prohibition; prohibition of tax-related
                           employment or hiring someone to prepare taxes of others on behalf of the
                           defendant

Type of Supervision:       Supervised Release      Date Supervision Commenced: October 1, 2012

## EARLIER COURT ACTION

None

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  year, for a total term of  years.

[X]   To modify the conditions of supervision as follows:

      Mr. Statin will pay a minimum of $120.00 per month toward his criminal monetary penalties.

## CAUSE

On November 4, 2008, Karey Bernard Statin was ordered to pay a special assessment penalty of
$1,500.00 and fine in the amount of $7,500.00, at a rate of $300.00 per month, to commence 60
days after release from imprisonment. On October 1, 2012, Mr. Statin was released from
imprisonment and commenced his term of supervised release. Since his release, Mr. Statin has
struggled to make monthly payments at the Court-ordered rate. Mr. Statin has paid a total of
$515.00 toward his special assessment penalty, which leaves a balance of $985.00. The full
balance of $7,500.00 on his fine remains outstanding. He is currently $360.00 in arrears.

Re: Karey Bernard Statin
Dkt. No.: 4:07CR00141-001
Page 2

The most recent financial investigation found acceptable monthly expenses totaling $561.00, against a salaried income of $600.00, leaving a remaining monthly cash flow of $39.00. Mr. Statin is employed part time as the project manager for the Spanish Village Apartments. He also works as an outside sales representative for Square Melons, Inc., a commissioned only employer. Mr. Statin currently resides with his elderly mother, who receives social security retirement income. Mr. Statin is responsible for sharing half of the monthly expenses with his mother. A home inspection revealed no evidence of extravagant living. Since the commencement of his supervision term, Mr. Statin has paid $120.00 per month. He reports his mother assists him with the payments.

As a correctional strategy, Mr. Statin has been verbally reprimanded, which included a review of his terms of supervised release. As a controlling strategy, Mr. Statin will be required to meet with the probation officer on a more frequent basis. Mr. Statin has also been instructed to aggressively seek new and/or additional employment in an effort to increase his income. He has been referred to Career & Recover Resources (CARR), a 2-day job readiness workshop which focuses on resume building and interviewing skills. Upon completion of the workshop, Mr. Statin will be assigned to an employment specialist who will work with him one-on-one in assisting with employment search.

Based on this assessment, this officer respectfully recommends the Court take no adverse action relative to this non-compliance. Further, this officer requests the Court allow Mr. Statin's monthly payment be reduced to $120.00 per month. Mr. Statin expresses confidence he will be able to continue making payments of $120.00 per month, should the Court be in agreement. His financial status will continue to be monitored and he is aware his payment will be adjusted as his income increases.

Approved:                                                    Respectfully submitted:

                                                   by

Carlos M. Solis, Jr., Supervising                           Derrek Glover
U.S. Probation Officer                                       U.S. Probation Officer
                                                             February 22, 2013

Name of Offender: Karey Bernard Statin
Case Number: 4:07CR00141-001
Page Number: 3

THE COURT ORDERS:

[ ]    No Action

[ ]    Extended Supervision as Noted

[X]    Modify Conditions as Noted

[ ]    Other:

Lee H. Rosenthal
U. S. District Judge


2/24/2013                    
Date

PROB 49
(5/00)

RE:    Karey Bernard Statin
       4:07CR000141-001

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

**FINES AND RESTITUTION:** The offender shall pay the Court ordered criminal monetary penalties in monthly installments of at least $120.00 per month.

Witness: _____
         U.S. Probation Officer

Date: 2/22/2013

Signed _____
       Probationer or Supervised Releasee

Date: Feb. 22, 2013